IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FAUSTO ABRAHAM QUINONEZ, § § | |
| Petitioner, § § | |
| v. § § | Civil No. 7:17-CV-075-O |
| LORIE DAVIS, Director, § Texas Department of Criminal Justice, § Correctional Institutions Division, § § | |
| Respondent. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and of Petitioner's objections thereto, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DISMISSED** as time-barred.

**SO ORDERED** this **18th day** of **July, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE